

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00197-CV

Marquita **FINLEY** and all other occupants,
Appellant

v.

**BEL THIRTY OAKS LP**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV01000
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is **dismissed for want of prosecution**. Appellant is unable to afford to pay costs of court. No costs are taxed in this appeal.

SIGNED June 12, 2024.

_____
Patricia O. Alvarez, Justice